### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CR-21-95-D |
| ) | |
| KARIN TREISTER, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is Defendant Karin Treister's and the Government's Joint Motion for Combined Plea and Sentencing [Doc. No. 126], which was filed pursuant to LCrR 11.1. The Parties have submitted Ms. Treister's executed plea papers for the Court's review and consideration.

Under the circumstances, and for reasons fully set forth in the Joint Motion, the Court finds that the Motion should be granted. In this case, the parties have entered into a plea agreement pursuant to FED. R. CRIM. P. 11(c)(1)(C), and Ms. Treister has signed a plea agreement and completed a petition that provide for her plea of guilty to a lesser offense than the one charged in the Superseding Indictment. [Doc. No. 65]. The Court finds that a presentence investigation report would assist the Court in considering whether to accept or reject the parties' agreement. By requesting a combined plea and sentencing proceeding, Ms. Treister has waived any right under FED. R. CRIM. P. 32(e)(1) to delay disclosure of a presentence report until she has pleaded guilty.

**IT IS THEREFORE ORDERED** that the Joint Motion for Combined Plea and Sentencing [Doc. No. 126] is **GRANTED**. The Court directs the United States Probation Office to conduct a presentence investigation, prepare a presentence report, and disclose the report as provided by FED. R. CRIM. P. 32 as soon as practicable.

**IT IS SO ORDERED** this 16th day of September, 2021.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge